United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 12, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-30785

CITY OF SHREVEPORT,

Plaintiff-Appellee,

VERSUS

SHREVEPORT CANADIAN FOOTBALL INC., BERNARD GLIEBERMAN,

Defendants-Appellants.

Appeal from the United States District Court
For the Western District of Louisiana
97-CV-2353

Before DAVIS, JONES and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the briefs of the parties and argument of counsel, we are persuaded that the district court did not err in concluding that Shreveport Pirates, Inc. (SPI) was not a mandate or agent of Shreveport Canadian Football, Inc. (Football). Because that is the only issue we left open for the district court to consider on remand and because the district court

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

did not err in reaching this conclusion, we affirm the judgment of the district court.

AFFIRMED.